**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALENA PAVLUCHENKO d/b/a ELLEN PAUL ART,

Plaintiff,

Case No.: 1:25-cv-14043

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

# SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | luyanjidianzi from US |
| 2 | SuKengYan from US |
| 3 | YWSYWS654 from US |
| 4 | ZiDingJin-US |
| 5 | GuanShuChenNei |
| 6 | LINGZHUlz (ships from US) |
| 7 | QIHANGABCE |
| 8 | Qifu6e6e - ship from USA |
| 9 | taiyuanhangzhen-US |
| 10 | Jimiansou |
| 11 | Mnpota123mk |
| 12 | Whiteguolu |
| 13 | Jhdreamhour |
| 14 | Daishistore |
| 15 | Greatdotto (ship from USA) |
| 16 | aihewuevol - US |
| 17 | Jozyanweiting |
| 18 | AlliaQimemi-ShipFromUSA |
| 19 | Feflytang |
| 20 | yiijianshop |
| 21 | NINGMINI05 |
| 22 | Laiacros1269 |
| 23 | Comicfee450 |

| | |
|---|---|
| 24 | HuiLiZhanDianZiShangWu-US |
| 25 | zhichengtian |
| 26 | XMJunJianTongPan |
| 27 | SMilethinke |
| 28 | Windiswhispers |
| 29 | Victrlaurel ship from US |
| 30 | Hoavoicehao ship from US |
| 31 | Autaugust88 |
| 32 | Youllent11 |
| 33 | JunKengQingLi |
| 34 | hyxxiqin0e |
| 35 | FZZICHUANG |
| 36 | chuanglangchla |
| 37 | ZeyRainui |
| 38 | Xumorethan |
| 39 | Smilingsun |
| 40 | TianfenLeigen |